

ORIGINAL

LODGED

1 THOMAS P. O'BRIEN
United States Attorney
2 SANDRA R. BROWN
Assistant United States Attorney
3 Chief, Tax Division
JOSEPH P. WILSON (SBN 228180)
4 Assistant United States Attorney
  Federal Building, Suite 7211
5 300 North Los Angeles Street
  Los Angeles, California  90012
6 Telephone:  (213) 894-4961
  Facsimile:  (213) 894-0115
7 E-mail: Joseph.P.Wilson@usdoj.gov

8 Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12

SACV08-928 JVS MLGx

13 UNITED STATES OF AMERICA,          )  Case No. CV
                                      )
14               Petitioner,          )  [PROPOSED]
                                      )
15        vs.                         )  ORDER TO SHOW CAUSE
                                      )
16 KRISTEN DUNBAR,                    )
                                      )
17               Respondent.          )
                                      )
18 _____     )
19

20        Upon the Petition and supporting Memorandum of Points and Authorities, and

21 the supporting Declaration to the Petition, the Court finds that Petitioner has

22 established its *prima facie* case for judicial enforcement of the subject Internal

23 Revenue Service ("IRS" and "Service") summons.  *See* United States v. Powell,

24 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v.

25 United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose,

26 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20

27 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the

28

1

1  sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States</u>

2  <u>v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

3      Therefore, **IT IS ORDERED** that Respondent appear before this District Court

4  of the United States for the Central District of California, in Courtroom No. /OC ,

5  ☐  United States Courthouse
      312 North Spring Street, Los Angeles, California, 90012
6

7  ☐  Roybal Federal Building and United States Courthouse
      255 E. Temple Street, Los Angeles, California, 90012
8

9  ☑  Ronald Reagan Federal Building and United States Courthouse
      411 West Fourth Street, Santa Ana, California, 92701
10

11 ☐  Brown Federal Building and United States Courthouse
      3470 Twelfth Street, Riverside, California, 92501
12

13  on _____**November 3**_____, **2008**, at _//:ᴼᴼ𝐴_.m.,

14  and show cause why the testimony and production of books, papers, records, and

15  other data demanded in the subject Internal Revenue Service summons should not be

16  compelled.

17      **IT IS FURTHER ORDERED** that copies of this Order, the Petition,

18  Memorandum of Points and Authorities, and accompanying Declaration be served

19  promptly upon Respondent by any employee of the Internal Revenue Service or the

20  United States Attorney's Office, by personal delivery or by certified mail.

21      **IT IS FURTHER ORDERED** that within ten (10) days after service upon

22  Respondent of the herein described documents, Respondent shall file and serve

23  a written response, supported by appropriate sworn statements, as well as any desired

24  motions.  If, prior to the return date of this Order, Respondent files a response with the

25  Court stating that Respondent does not desire to oppose the relief sought in the

26  Petition, nor wish to make an appearance, then the appearance of Respondent at any

27  hearing pursuant to this Order to Show Cause is excused, and Respondent shall be

28  deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.   All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED:  This _____/5th_____ day of _____August_____, 2008.

_____

UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____

JOSEPH P. WILSON
Assistant United States Attorney
Attorney for the United States of America